```
 1  FOX ROTHSCHILD LLP
    NANCY YAFFE (SBN 179368)
 2  NYaffe@FoxRothschild.com
    SADAF BATHAEE (SBN 276096 )
 3  SBathaee@FoxRothschild.com
    1800 Century Park East, Suite 300
 4  Los Angeles, CA 90067-1506
    Telephone:  (310) 598-4150
 5  Facsimile:    (310) 556-9828

 6  Attorneys for Defendant
    WORLEYPARSONS GROUP, INC.
 7
```

E-FILED
MAR - 3 2017
Document # _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DENTON,<br><br>                    Plaintiff,<br><br>     v.<br><br>WORLEYPARSONS GROUP, INC., an Australian Corporation, registered in Delaware conducting business in California; CHRISTOPHER PARKER, an individual, DENISE SCIBECK, an individual; ANDREW WOODS, an individual; STUART BRADIE, an individual; IAN WILKINSON, an individual and DOES 1-50, inclusive, ,<br><br>                    Defendant. | Case No. 2:14-CV-09573-PSG-MRW<br><br>**JUDGMENT**<br><br>Ctrm:   880<br>Judge:  Philip S. Gutierrez |

1

JUDGMENT
CASE NO. 2:14-CV-09573-PSG-MRW

ACTIVE\44346162.v4-2/16/17

Whereas, on February 7, 2017, the Court issued an Order Granting Motion to Confirm Arbitration Award ("Order") and ordered Defendant to prepare a judgment consistent with the Order ("Judgment") (Dkt. #27);

Whereas, a copy of the Arbitration Agreement was filed on December 22, 2014 (Dkt. #10-3, Exh. B, page 48);

Whereas, the Order indicates that pre-award interest as provided in the Arbitrator's Final Award (Dkt. #22, Exh. C, Corrected Final Award) shall be calculated on damages for items 1 (base salary), 3 (combined incentive plan), 6 (car allowance), and 11 (payroll banking);

Whereas, the Order further indicates that once the Award is calculated, Plaintiff is then further entitled to post-award, pre-judgment interest from September 26, 2016 until the date this Court enters judgment;

Whereas, the damages including pre-judgment interest up through February 13, 2017 total $864,132;

Whereas Plaintiff is also awarded reinstatement of 3668 shares as specified in the Final Award (Dkt. 22, Exh. C);

Whereas, the Order further indicates that the wage portions of the Final Award are subject to withholding when the Judgment is paid;

Whereas the wage portions of the Final Award include: base salary ($610,451), bonuses and raises ($17,774), and combined incentive money ($91,734), totaling $719,959; less mitigated wages of $190,164 ($140,408 + $32,756 + $17,000); for a total of **$529,795**;

Whereas, Plaintiff shall be entitled to post-judgment interest at the rate of 10% per year on the total Award of $864,132, from February 14, 2017 (the date that pre-judgment interest ceased accruing based on calculations attached to Defendant's Opposition, Dkt. 25-10, Exh. I) until the date Judgment is satisfied;

Whereas, in all other respects the Final Award is affirmed, and Plaintiff's request for attorneys' fees is denied.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment is entered in favor of Plaintiff Gregory Denton in the amount of **$864,132**, plus the reinstatement of 3668 shares.

2. Of the monetary award, **$529,795** shall be taxed as wages.

3. Neither party shall have any right to recover attorneys' fees or costs for any actions up through the date Judgment is entered.

IT IS SO ORDERED.

Dated: 03/03/17

The Honorable Philip S. Gutierrez
United States District Court Judge